# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| H2O RESOURCES, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 18-1164 |
| OILFIELD TRACKING SERVICES, LLC, | : | |
| CARRIZO OIL & GAS, INC., | : | |
| DREW GLADULICH, | : | |
| THOMAS GLADULICH, and | : | |
| THOMAS WILKERSON, | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this    22nd   day of June, 2018, upon consideration of Defendant

Carrizo Oil & Gas, Inc.'s ("Carrizo") Motion to Dismiss to Compel Arbitration or, Alternatively,

to Transfer Venue, Defendants Oilfield Tracking Services, LLC ("OTS"), Drew Gladulich, and

Thomas Gladulich's Motion to Dismiss and Compel Arbitration, Defendant Thomas Wilkerson's

("Wilkerson") Motion to Join Carrizo's Motion to Dismiss Plaintiff's Complaint to Compel

Arbitration, Carrizo's Motion for Leave to File a Reply Memorandum in Support of its Motion to

Dismiss the Complaint, and all of the responses and replies, it is hereby **ORDERED** that:

1. Carrizo's Motion to Dismiss to Compel Arbitration or, Alternatively, to Transfer Venue (Doc. No. 22) is **GRANTED** to the extent it seeks to compel the alternative dispute resolution ("ADR") procedures as set forth in § 10.3 of the 2014 Master Service Agreement;

2. OTS, Drew Gladulich, and Thomas Gladulich's Motion (Doc. No. 27) is **GRANTED**;

3.  Wilkerson's Motion (Doc. No. 31) is **GRANTED**;

4.  Carrizo's Motion to File a Reply Memorandum in Support of its Motion to Dismiss the Complaint (Doc. No. 32) is **GRANTED**;

5.  Plaintiff H2O Resources, LLC's Complaint is **DISMISSED WITHOUT PREJUDICE**; and

6.  the Clerk of Court shall **CLOSE** this case statistically.

**IT IS FURTHER ORDERED** that all parties shall engage in the ADR

procedures as set forth in § 10.3 of the 2014 Master Service Agreement.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE